ELIZABETH WNEK v. BOARD OF EDUCATION OF THE CITY OF JERSEY CITY, HUDSON COUNTY.

March 29, 1985.

Petition for certification denied.

EARL HENDERSON v. MORRISTOWN MEMORIAL HOSPITAL.

March 29, 1985.

Petition for certification denied. (See 198 *N.J.Super.* 418)

STATE OF NEW JERSEY v. MUSAJ SHIHADEH.

March 29, 1985.

Petition for certification denied.

IN THE MATTER OF SUPREME COURT ADVISORY COMMITTEE ON PROFESSIONAL ETHICS OPINION NO. 545.

March 29, 1985.

Petitions for review of the Advisory Committee on Professional Ethics Opinion Number 545, entitled, *Conflict of Interest—Attorney Representing Different School Districts*, are granted.